**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

CONSTANTINE IATRELLIS,

    Plaintiff,                                        Case No. 1:16-cv-25041-JAL

v.

STERLING JEWELERS INC.,
d/b/a Kay Jewelers,

    Defendant.
_____/

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The Plaintiff, Constantine Iatrellis, and the Defendant, Sterling Jewelers Inc., d/b/a Kay Jewelers ("Sterling"), by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, hereby file this Joint Stipulation of Dismissal with Prejudice, and hereby agree, stipulate and give notice that this action and all claims asserted by the Plaintiff in this action are hereby dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED: July 24, 2017.                        Respectfully submitted,

| | |
|---|---|
| */s/ Stan Michael Maslona* | */s/ Joshua A. Mize* |
| **Stan Michael Maslona, Esq.** | **Joshua A. Mize, Esq.** |
| Florida Bar No. 86128 | Florida Bar No. 86163 |
| **Lemberg Law, LLC** | **MORRIS, MANNING & MARTIN, LLP** |
| 43 Danbury Road, Third Floor | 1401 Eye Street, N.W., Suite 600 |
| Wilton, CT 06897 | Washington, D.C. 20005 |
| Telephone (203) 653-2250 | Phone: (202) 971-4085 |
| Facsimile (203) 653-3424 | Fax: (202) 408-5146 |
| smaslona@lemberglaw.com | jmize@mmmlaw.com |
| | |
| *Attorney for Plaintiff,* | *Attorney for Defendant,* |
| *Constantine Iatrellis* | *Sterling Jewelers Inc.* |